IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LONNIE BOWDEN and ELIZABETH BOWDEN, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | No. _____ <br> Judge _____ <br> Magistrate Judge _____ |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION:

Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), pursuant to 28 U.S.C. §1446(b), respectfully shows the Court:

1. On May 14, 2010, State Farm, through the Department of Commerce and Insurance, was served with a summons and complaint, in an action entitled *Lonnie Bowden and Elizabeth Bowden v. John Doe and State Farm Mutual Automobile Insurance Company*, instituted May 6, 2010, in the Circuit Court for Davidson County, Tennessee. A true and accurate copy of the summons and complaint is attached as Exhibit 1.

2. The case stated by the complaint served upon State Farm is removable to this Court pursuant to 28 U.S.C. §1441 in that Plaintiffs, at the time this action was commenced, were and still are residents of Davidson County, Tennessee. State Farm, at the time this action was commenced, was and still is an insurance company organized under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois.

3. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this Court by State Farm pursuant to the provisions of 28 U.S.C. §1441, in that complete diversity of citizenship exists between the parties who have been properly named. In addition, Plaintiffs are seeking damages for State Farm's alleged breach of an insurance contract in an amount not to exceed $200,000, so that the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000. Therefore, this Court has original jurisdiction over this action.

WHEREFORE, State Farm gives notice that the above action now pending against it in the Circuit Court for Davidson County, Tennessee, has been removed therefrom to this Court.

DATED this 8th day of June, 2010.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.

By: *[signature]*
Brigid M. Carpenter
B.P.R. No. 18134

Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7341 (facsimile)
*bcarpenter@bakerdonelson.com*

Attorneys for Defendant State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Removal has been served upon the following counsel for the parties in interest herein by first-class U.S. mail, postage pre-paid:

Julie Karel Elkin
417 Washington Square
222 Second Avenue North
Nashville, Tennessee 37201

this 8th day of May, 2010.

*Brigid M. Carpenter*
Brigid M. Carpenter