IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

| | |
|---|---|
| ELIZABETH BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-0565 |
| v. ) | Judge John T. Nixon |
| ) | Magistrate Judge John S. Bryant |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elizabeth Bowden and Defendant John Doe, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the action of Plaintiff against Defendant shall be DISMISSED WITH PREJUDICE. No discretionary costs are to be assessed.

DATED this 15th day of March, 2011.

                STIPULATED AND AGREED:

                s/ Henry S. Queener_____
                      Henry S. Queener
                      B.P.R. No. 21249

                1230 17th Avenue South
                Nashville, Tennessee  37212
                (615) 327-9990
                (615) 327-9998 (facsimile)
                *hqueener@queenerlaw.com*

                Attorney for Plaintiff Elizabeth Bowden

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.


s/ Brigid M. Carpenter
    Brigid M. Carpenter
    B.P.R. No. 18134

Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7341 (facsimile)
*bcarpenter@bakerdonelson.com*

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

2
N BTM 777495 v1
2787551-000222 03/15/2011
Case 3:10-cv-00565   Document 16   Filed 03/15/11   Page 2 of 2 PageID #: 57