IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH BOWDEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-0565<br>Judge Nixon |
| JOHN DOE, | ) ) | Magistrate Judge Bryant |
| Defendant. | ) ) | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 16), stating that the Parties have agreed that Plaintiff's claims against Defendant should be dismissed with prejudice with no discretionary costs assessed. Per Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 18 day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT