UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Lonnie Bowden, et al.　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Case No. 3:10-00565
v.　　　　　　　　　　　　　　　　)　Judge Nixon
　　　　　　　　　　　　　　　　　)
John Doe, et al.　　　　　　　　　 )

ENTRY OF JUDGMENT

　　　Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 18, 2011.

　　　　　　　　　　　　　　　　　KEITH THROCKMORTON, CLERK

　　　　　　　　　　　　　　　　　s/　Hannah Blaney